# Court of Appeals
# of the State of Georgia

ATLANTA,   August 20, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1770.  STEVEN REGENT v. THE STATE.**

Steven Regent pled guilty to aggravated assault and aggravated battery.  Regent appealed pro se, arguing that his charges should have been merged and that the trial court's restitution order was erroneous.  We affirmed his convictions on appeal.  See *Regent v. State*, 306 Ga. App. 161 (703 SE2d 81) (2010).  On March 11, 2014, the United States District Court of the Northern District of Georgia issued an order granting Regent limited habeas relief on the ground that he was unconstitutionally denied appellate counsel. The federal court also ordered the case to Fulton County Superior Court for appointment of counsel and the initiation of a new counseled appeal within 30 days of the order.  A notice of appeal was filed, and the case was docketed in this Court.

The Supreme Court has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/20/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*